IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CENTRAL SOURCE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14cv1755 (LO/JFA) ) |
| ANNUALCRSDITREPORT.COM, an Internet Domain Name, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment. (Dkt. No. 13). The Magistrate Judge issued a Report and Recommendation on March 20, 2015. (Dkt. No. 17). The Defendants filed no opposition to Plaintiff's motion and no objection to the Magistrate Judge's proposed findings.

Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's proposed findings and recommendations. It is therefore **ORDERED** that:

1. Judgment is ENTERED by default in favor of plaintiff Central Source LLC and against each and every Defendant Internet domain name;

2. The registry, VeriSign, Inc., is DIRECTED to change the registrar of record for the following defendant domain names: annualcrsditreport.com, annualcreditpreport.com, annnualcreditreport.com, annualceditreport.com, annualcreditrepoort.com, annualcredditreport.com, annularcreditreport.com, annualccreditreport.com, annuacreditreport.com, aannualcreditreport.com, annuaalcreditreport.com, free-annual-credit-report.net, annualcreditreoprt.com,

1

annualcrediteport.com, annualcredirteport.com, annualcrdeitreport.com, annualcreditrepotr.com, nnualcreditreport.com, annuualcreditreport.com, wwwannualcreditreport.net, annulacreditreport.com, annualrceditreport.com, annualcrreditreport.com, annualcreeditreport.com, annualcreditrpeort.com, annualcreditrepport.com, annjualcreditreport.com, wannualcreditreport.com, annualcreditdreport.com, myannulcreditreport.com, wwwmyannualcreditreport.com, freeannaualcreditreport.com, and annuallycreditreport.com from WhoIs Privacy Services Pty Ltd. to Plaintiff's registrar of choice, GoDaddy.com LLC; and

4. GoDaddy.com LLC is then directed to take the necessary steps to have plaintiff Central Source LLC listed as the registrant for all of the defendant domain names.

April 23 2015
Alexandria, Virginia

/s/ Liam O'Grady
Liam O'Grady
United States District Judge